FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00392-CV

**SAUKKO AND ALL OTHER OCCUPANTS,**
Appellants

v.

Lois **MORGADO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04005
Honorable John Longoria, Judge Presiding

# O R D E R

Appellants' brief was due July 22, 2019. *See* TEX. R. APP. P. 38.6 (setting appellant's brief due date 30 days after the appellate record is filed). Neither an amended brief nor a motion for extension of time has been filed.

We therefore **ORDER** the appellants to file, **on or before August 12, 2019,** their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file an amended brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court